JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON-SAMUEL JAMES-SINGLETON PERKINS, | ) Case No. ED CV 17-1781-JVS (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| D. BAUSHMAN, Warden, | ) |
| Respondent. | ) |

_____

Pursuant to the Memorandum and Order Dismissing Petition for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

Dated: January 19, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE